# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EMRU KEBEDE,                                      :    No. 4 MM 2019
                                                  :
                        Petitioner                :
                                                  :
                                                  :
                                                  :
            v.                                    :
                                                  :
                                                  :
                                                  :
JACQUELYN PFURSICH, CLERK OF                      :
COURT FOR LANCASTER COUNTY,                       :
                                                  :
                        Respondent                :


## <u>ORDER</u>


**PER CURIAM**

     **AND NOW**, this 4th day of March, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.